# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**DE'LEAH JENKINS,**
*individually and on behalf of all others,*

        **Plaintiffs,**

v.                                                                    Case No:  18-2196-HLT-GEB

**CARCO GROUP INC.**

        **Defendant.**

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

Pursuant to the Memorandum and Order filed on September 10, 2018, plaintiff De'Leah Jenkins shall take nothing and this action is dismissed.

__09/10/2018_____                                            TIMOTHY M. O'BRIEN
    Date                                                                          CLERK OF THE DISTRICT COURT

                                                        by: ___s/ Sharon Scheurer_____
                                                                Deputy Clerk